United States District Court
Western District
Exhibits Log: EP-17-CV-264-DCG
Joseph L. Burns v. Kirstjen Nielsen, 2/3/2020

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-1 | USCBP Tower Climbing Policy.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-2 | Tower Climbing Program Chapter 35.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-3 | Telecommunications Specialist Job Description.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-4 | Office of Personal Management Policy 5.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-5 | USCBP Desk Ref Guide Office of HR 2016 Chapter 8 Corrected.PDF | Yes | 2/5/2020 11:00 AM | 2/5/2020 11:00 AM |
| Pla-6 | DHS West Texas Branch Organizational Chart.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-7 | CBP Workforce Table.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-8 | Email Dept. of VA Corr to Burns Re Service Connected Disabilities.PDF | Yes | 2/4/2020 10:18 AM | 2/4/2020 10:18 AM |
| Pla-9 | Email Declaration for Federal Employment.PDF | Yes | 2/4/2020 10:19 AM | 2/4/2020 10:19 AM |
| Pla-10 | Emails between Burns and Supervisor Re Migraine.PDF | Yes | 2/4/2020 10:19 AM | 2/4/2020 10:19 AM |
| Pla-11 | Email Yrrobali and Benn Re Med Issues Affecting Emps Pay.PDF | Yes | 2/4/2020 10:19 AM | 2/4/2020 10:19 AM |
| Pla-12 | Emails Re Burns Medical Documentation Request.PDF | Yes | 2/4/2020 10:19 AM | 2/4/2020 10:19 AM |
| Pla-13 | Email Memorandum from Yrrobali to Burns.PDF | Yes | 2/4/2020 10:19 AM | 2/4/2020 10:19 AM |
| Pla-14 | Email Declaration for Federal Employment.PDF | Yes | 2/4/2020 10:20 AM | 2/4/2020 10:20 AM |
| Pla-15 | Email Dr. Rampy Re Med Docs Requested.PDF | Yes | 2/4/2020 10:20 AM | 2/4/2020 10:20 AM |
| Pla-16 | Email Benn and Yrrobali Re Burns Medical Documentation.PDF | Yes | 2/4/2020 10:20 AM | 2/4/2020 10:20 AM |
| Pla-17 | Email Email thread Review of Med Info.PDF | Yes | 2/4/2020 10:20 AM | 2/4/2020 10:20 AM |
| Pla-18 | Email Burns to Yrrobali Re Medical Documentation.PDF | Yes | 2/4/2020 10:20 AM | 2/4/2020 10:20 AM |
| Pla-19 | Email Markus Yrrobali to Joseph Burns.PDF | Yes | 2/4/2020 10:20 AM | 2/4/2020 10:20 AM |
| Pla-20 | Email Benn and Thomas.PDF | Yes | 2/4/2020 10:21 AM | 2/4/2020 10:21 AM |
| Pla-21 | Email Burns and Yrrobali.PDF | Yes | 2/4/2020 10:21 AM | 2/4/2020 10:21 AM |
| Pla-22 | Emails Yrrobali and Benn and Fernandez.PDF | Yes | 2/4/2020 10:21 AM | 2/4/2020 10:21 AM |
| Pla-23 | Memo Yrrobali to Burns.PDF | Yes | 2/4/2020 10:21 AM | 2/4/2020 10:21 AM |
| Pla-24 | Note Re Burns Verbal Refusal to Sign Receipt.PDF | Yes | 2/4/2020 10:21 AM | 2/4/2020 10:21 AM |
| Pla-25 | Email Burns to Yrrobali.PDF | Yes | 2/4/2020 10:21 AM | 2/4/2020 10:21 AM |

| | | | | |
|---|---|---|---|---|
| Pla-26 | Memo Yrrobali to Burns.PDF | Yes | 2/4/2020 10:22 AM | 2/4/2020 10:22 AM |
| Pla-27 | Email Burns and Yrrobali.PDF | Yes | 2/4/2020 10:22 AM | 2/4/2020 10:22 AM |
| Pla-28 | Complaint Emp Discrimination Burns.PDF | Yes | 2/4/2020 10:22 AM | 2/4/2020 10:22 AM |
| Pla-29 | Declaration Unsworn Yrrobali.PDF | Yes | 2/4/2020 2:14 PM | 2/5/2020 8:38 AM |
| Pla-30 | Jose Stevens Note.PDF | No | | |
| Pla-31 | Burns W2 for 2011 through 2017.PDF | Yes | 2/4/2020 10:22 AM | 2/4/2020 10:22 AM |
| Pla-32 | Burns pay stubs 2015.PDF | Yes | 2/4/2020 10:22 AM | 2/4/2020 10:22 AM |
| Pla-33 | Burns pay stubs 2016.PDF | Yes | 2/4/2020 10:22 AM | 2/4/2020 10:22 AM |
| Pla-34 | Complaint Employment Discrimination.PDF | Yes | 2/4/2020 10:23 AM | 2/4/2020 10:23 AM |
| Pla-35 | Depo Barbara Jean Molinar.PDF | Yes | 2/4/2020 10:23 AM | 2/4/2020 10:23 AM |
| Pla-36 | Defendant Obj and Ans to ROGs.PDF | Yes | 2/4/2020 10:23 AM | 2/4/2020 10:23 AM |
| Pla-37 | Depo Joe Nunez.PDF | Yes | 2/4/2020 10:23 AM | 2/4/2020 10:23 AM |
| Def-1 | April 6, 2016 Ltr to Burns | Yes | 2/4/2020 10:24 AM | 2/4/2020 10:24 AM |
| Def-2 | April 26, 2016 Ltr from Rampy | Yes | 2/4/2020 10:24 AM | 2/4/2020 10:24 AM |
| Def-3 | April 18, 2016 Letter to Burns | Yes | 2/4/2020 10:24 AM | 2/4/2020 10:24 AM |
| Def-4 | Sept. 14, 2016 Ltr to Burns | Yes | 2/4/2020 10:24 AM | 2/4/2020 10:24 AM |
| Def-5 | June 9, 2008 Ltr from VA-Redacted | Yes | 2/4/2020 10:24 AM | 2/4/2020 10:24 AM |
| Def-6 | Tower Climbing Program | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-7 | Telecommunication Specialist | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-8 | Occ Safety & Health Handbook | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-9 | US CBP Safety HB, Ch. 5 | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-10 | March 14, 2016 Email from Yrrobali to Benn-Redacted | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-11 | April 5, 2016 Email from Benn to Fernandez-Redacted | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-12 | April 28, 2016 Email from Yrrobali to Burns-Redacted | Yes | 2/4/2020 10:25 AM | 2/4/2020 10:25 AM |
| Def-13 | May 5, 2016 Email from McMahon to Benn-Redacted | Yes | 2/4/2020 10:26 AM | 2/4/2020 10:26 AM |
| Def-14 | West TX Branch Organiz Chart | Yes | 2/4/2020 10:26 AM | 2/4/2020 10:26 AM |
| Def-15 | April 28, 2016 Email from Benn to Thomas-Redacted | Yes | 2/4/2020 10:26 AM | 2/4/2020 10:26 AM |
| Def-16 | April 27, 2016 Email from Benn to Yrrobali-Redacted | Yes | 2/4/2020 10:26 AM | 2/4/2020 10:26 AM |
| Def-17 | P's Answers to ROGs | No | | |

| | | | | |
|---|---|---|---|---|
| Def-18 | Burns Depo Transcript-Redacted. | No | | |
| Def-19 | Molinar Depo Transcript-Redacted | Yes | 2/4/2020 10:26 AM | 2/4/2020 10:26 AM |
| Def-20 | Nunez Depo Transcript-Redacted | Yes | 2/4/2020 10:26 AM | 2/4/2020 10:26 AM |
| Joint-1 | Joint Exh. Stipulation of Facts.PDF | Yes | 2/4/2020 10:24 AM | 2/4/2020 10:24 AM |