DEFENDANT'S EXHIBIT 1

8901 Montana Avenue
El Paso, TX 79925-1212

U.S. Customs and Border Protection

Mr. Joseph L. Burns
Field Technology Officer
El Paso Sector HQ

Re: Request for Administratively Acceptable Medical Documentation

Dear Mr. Burns:

Management has become concerned with medical issues that you may be experiencing, which may impair your ability to perform a portion of your duties as a Telecommunications Specialist. Therefore, in order to evaluate your ability to perform the hazardous duty portion (Tower Climbing) of your official duties of a Telecommunications Specialist, this office is requiring you to provide administratively acceptable medical documentation. **This documentation must be in the form of a narrative summary from your physician/practitioner(s) on his/her office letterhead.** It is imperative and in your best interest to comply with this instruction and provide all of the information referenced below. Furthermore, as a matter of concern for your safety and of others, you will refrain from hazardous duty functions (Tower Climbing) pending response from your physician(s)/practitioner(s).

1. Diagnosis of your condition(s) and resulting impairment(s), and the responses of your condition(s) to prescribed treatment and tests;

2. A discussion of how the condition(s) and/or treatment(s) either hampers or completely precludes you from performing any of the duties outlined in your Telecommunications Specialist position description. (Copy of the position description is enclosed.) Additionally, your physician(s)/practitioner(s) should explain the impact your condition(s) are having on your life activities – both on and off the job, and to what degree those life activities are affected, and must **explicitly state** whether you are "a danger to yourself or others;"

3. A prognosis, including a narrative explanation of the medical basis for any conclusion that the medical condition(s) has or has not become static or well stabilized and likelihood that you may experience sudden or subtle incapacitation or instability as a result of the medical condition(s);

4. Recommendations regarding any specific accommodation that your treating physician(s)/practitioner(s) believes would be effective for your particular medical condition(s), if any, specifying the duration for such accommodations. Your treating physician(s)/practitioner(s) should also address how the accommodations will enable you to perform the essential duties of your position.

8901 Montana Avenue
El Paso, TX 79925-1212

Mr. Joseph L. Burns
Page 2

U.S. Customs and Border Protection

Your physician's/practitioner's narrative summary must be on the doctor's office letterhead and contain the date of the report, the physician(s)/practitioner(s)'s full name, address, telephone number, original signature, and identification of medical specialty, if any.

The required medical documentation must be received within fifteen (15) calendar days beginning the day after you receive this letter. The medical documentation should be forwarded to my attention, c/o Maria Benn, U.S. Customs and Border Protection, Labor and Employee Relations Specialist, 8037 Lockheed Drive, Suite 210-B, El Paso, Texas 79925, or faxed to (915) 990-2097, or by e-mail to Maria.Benn@dhs.gov. Upon receipt of the above information, a determination will be made regarding your work status.

Please sign and date the receipt copy of this letter. Your signature serves as documentation that you received the original letter and not that you agree with the contents of the letter.

Markus Yrrobali
Field Technology Supervisor
West Texas/New Mexico
Field Support Directorate

Enclosure

Acknowledgment of Receipt:

Joseph L. Burns — Date: 6 Apr 16

Witness's Signature — Date: 6 Apr 16

Markus [illegible]
Witness's Printed Name and Title