IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2020 FEB 10 AM 11:35

| | | |
|---|---|---|
| JOSEPH L. BURNS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, | § § § § | EP-17-CV-00264-DCG |
| Defendant. | § § § | |

## VERDICT FORM
## FOR DAMAGES

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Burns for the damages, if any, you have found Defendant Nielsen caused Plaintiff Burns?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ 125,000.00

- 1 -

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ __0.00__

3. Lost wages and benefits.

$ **3,068.56**

(as stipulated by Plaintiff Joseph L. Burns and Defendant Kirstjen Nielsen).

**Dated this 10th of February 2020, in El Paso, Texas.**

_____
**FOREPERSON**